UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JARED STEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-CV-157-TAV-HBG |
| | ) | |
| ANTHONY MCGAHA, | ) | |
| RICHARD DACUS, | ) | |
| LIEUTENANT MILLER, | ) | |
| KNOX COUNTY, | ) | |
| JANE DOE #1, and | ) | |
| JANE DOE #2, | ) | |
| | ) | |
| Defendants. | ) | |

# JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. The Jane Doe Defendants are **DISMISSED**;

2. Defendants McGaha, Dacus, Miller, and Knox County's motions to dismiss [Docs. 31, 32, 33] are **GRANTED**;

3. This action is **DISMISSED**;

4. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

5. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
　s/ John L. Medearis
　CLERK OF COURT